CO-386
10/2018

# United States District Court
# For the District of Columbia

BOULANGERIE CHRISTOPHE, LLC )
)
)
)
          Plaintiff )    Civil Action No._____
)
vs )
CHRISTOPHER ROUX )
)
)
         Defendant )

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for __Boulangerie Christophe, LLC__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Boulangerie Christophe, LLC__ which have any outstanding securities in the hands of the public:

NONE

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_Steven Gremminger_
Signature

353821
BAR IDENTIFICATION NO.

Steven Gremminger
Print Name

5335 Wisconsin Ave., N.W., Suite 440
Address

Washington, DC 20015
City    State    Zip Code

202.885.5526
Phone Number